1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JESSICA S. PLINER, SB# 261976
2     E-Mail: Jessica.Pliner@lewisbrisbois.com
   JOHANNA C. TEMPLETON, SB# 325810
3     E-Mail: Johanna.Templeton@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendants
   LIFENEWS.COM, LLC and STEVEN ERTELT,
7  erroneously sued as STEVEN ERTLET

8  **DOLAN LAW FIRM, PC**
   CHRISTOPHER B. DOLAN
9     E-Mail: chris.dolan@dolanlawfirm.com
   AIMEE E. KIRBY
10    E-Mail: aimee.kirby@dolanlawfirm.com
   CRISTINA GARCIA
11    E-Mail: cristina.garcia@dolanlawfirm.com
   1438 Market Street
12 San Francisco, CA 94102
   Telephone: 415.421.2800
13 Facsimile: 415.421.2830

14 Attorneys for Plaintiff ASHLEY NECHUTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY NECHUTA, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>LIFENEWS.COM, LLC; STEVEN ERTELT; and DOES 1-20, inclusive, ,<br><br>                Defendant. | Case No. 3:21-CV-08968 ~~JCS~~ MMC<br><br>(Removed from Superior Court of California, County of San Francisco)<br>ORDER APPROVING<br>**JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**<br><br>Action Filed:       August 9, 2021<br>Removed:          November 18, 2021 |

**JOINT STIPULATION**

THIS STIPULATION is hereby entered into by and between Plaintiff ASHLEY NECHUTA, an individual ("Plaintiff") on the one hand, and Defendants LIFENEWS.COM, LLC ("LifeNews") and STEVEN ERTELT, erroneously sued as STEVEN ERTLET ("Ertelt")

(collectively, "Defendants") on the other hand; (collectively, the "Parties" and each individually a "Party"), by and through their counsel.

## RECITALS

WHEREAS, on August 9, 2021, Plaintiff filed a complaint against Defendants in the Superior Court of California, County of San Francisco;

WHEREAS, on November 11, 2021, Defendants filed a notice of removal ("Notice of Removal"), thereby removing this action from Superior Court of California, County of San Francisco to the United States District Court for the Northern District of California, San Francisco Division;

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:

(1) Plaintiff agrees neither to seek nor execute on any judgment exceeding $74,999.99;

(2) Plaintiff waives any right to avoid this Stipulation based on any newly-discovered or unknown facts; and

(3) Plaintiff agrees that this Stipulation shall not affect Defendants' right to remove the action again if Plaintiff attempts to avoid the terms of this Stipulation;

(4) Defendants agree to remand the case to San Francisco Superior Court; and

(5) The Parties agree to bear their own costs and fees in association with the Remand of this case to the Superior Court of California, County of San Francisco.

//
//
//
//
//



**IT IS SO STIPULATED.**

DATED: December 2, 2021           LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
JESSICA S. PLINER
JOHANNA C. TEMPLETON
Attorneys for Defendants LIFENEWS.COM, LLC and STEVEN ERTELT, erroneously sued as STEVEN ERTLET

DATED: December 3, 2021           DOLAN LAW FIRM, PC

By: _____
CHRISTOPHER B. DOLAN
AIMEE E. KIRBY
CRISTINA GARCIA
Attorneys for Plaintiff ASHLEY NECHUTA

BASED ON THE PARTIES STIPULATION, IT IS SO ORDERED:

DATE: December 15, 2021           ~~MAGISTRATE JOSEPH C. SPERO~~
Maxine M. Chesney
United States District Judge